AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

Kristi Quinn Jarvis

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this court.

June 7, 2004
Date

Signature

PAUL H. SMYTH                                     6346000
Print Name                                       Bar Number

Assistant U.S. Attorney, 1550 Main Street, #310
Address

Springfield, MA 01103
City                State                Zip Code

(413) 785-0235                            (413) 785-0394
Phone Number                              Fax Number